UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  CASE No.: 6:14-bk-11492-ABB
Chapter 13

**EILEEN MAE MUNROE,**

Debtor(s).

_____/

__X__ **Chapter 13 Plan**         _____ **Amended Chapter 13 Plan**

COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

| Payment Number by months | Amount of Monthly Plan payment |
|---|---|
| 1-33 | $800.00 |

The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Laurie K. Weatherford, Chapter 13 Standing Trustee, P.O. Box 1103, Memphis, Tennessee 38101-1103. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**Attorney Fees**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| **Erik Washington** | $4,500.00 | $372.00 | 1-7 |
| *includes monitoring fee | | $271.00 | 8 |
| | | $65.00 | 9-33 |

**Priority Claims**
The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee and

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

Secured Claims

| Secured Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Space Coast Credit Union | $ 5,837.00 | $379.05 | 1-15 |
| 2010 Nissan Rogue | | $151.25 | 16 |

Secured Arrearage

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

Secured Gap Payments

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

Property to Be Surrendered:
Creditor Name:
Space Coast Credit Union

Property Address
1681 Tolley Ter SE
Palm Bay, FL 32909

Valuation of Security:

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|

Executory Contracts:

The following Executory Contracts are assumed
Name of Creditor:            Description of Collateral:            Month Numbers:
The following Executory Contracts are rejected:
Name of Creditor:                                    Description of Collateral:

Unsecured Creditors: whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are made. Approximate percentage: **100%**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

## DECLARATION

I/We have read the foregoing and to the best of my information, knowledge and belief it is true and correct. I/We understand that the Verified Document is to be filed in electronic form with the United States Bankruptcy Court in connection with the above-captioned case.

EILEEN MAE MUNROE

## CERTIFICATE OF SERVICE

I/We hereby certify that a true and correct copy of the Chapter 13 Plan of Debtor(s) was furnished by United States mail, postage prepaid, to All Creditors and Parties in Interest as listed on the Court's Matrix as attached, this 15th day of October, 2014.

/s/ Erik J. Washington
ERIK J. WASHINGTON
Florida Bar No. 77128
The Washington Law Firm P.A.
535 N. Fern Creek Ave.
Orlando, FL 32803
Telephone: (407) 982-4130
Fax: (407) 965-4423
E-mail: ewashington@washfirm.com
*Attorney for Debtor(s)*